No. 927. MITSUBISHI INTERNATIONAL CORP. ET AL. *v.* A. O. ANDERSEN & CO. ET AL.;

No. 933. CHINA UNION LINES, LTD. *v.* A. O. ANDERSEN & CO. ET AL.; and

No. 934. LAN JING-CHAU ET AL. *v.* A. O. ANDERSEN & CO. ET AL. C. A. 5th Cir. Certiorari denied. *Sweeney J. Doehring* for Mitsubishi International Corp. et al., petitioners in No. 927 and respondents in No. 933. *Robert Eikel* for petitioner in No. 933. *Newton B. Schwartz* for petitioners in No. 934. *Bryan F. Williams, Jr.,* and *Carl O. Bue, Jr.,* for respondent A. O. Andersen & Co. in all three cases. *Leonard J. Matteson* for respondent American Cyanamid Co. in Nos. 933 and 934. *John V. Wheat* for respondent Duncan in No. 933.

No. 932. MACINTYRE *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *Frederick Bernays Wiener* for petitioner. *Solicitor General Marshall, Assistant Attorney General Rogovin, Joseph M. Howard* and *John P. Burke* for the United States.

No. 943. MARKS *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Maurice Edelbaum* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Marshall Tamor Golding* for the United States.

No. 729, Misc. MAYBERRY ET AL. *v.* MARONEY, CORRECTIONAL SUPERINTENDENT, ET AL. C. A. 3d Cir. Certiorari denied. Petitioners *pro se. Edward Friedman,* Attorney General of Pennsylvania, and *Frank P. Lawley, Jr.,* Deputy Attorney General, for respondent Maroney.